OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

12/29/2014

HERNANDEZ, ZACHARY BLAKE    Tr. Ct. No. CR38343

COA Case No. 11-12-00348-CR

PD-1668-14

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, February 27, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

INSUFFICIENT ADDRESS

ZACHARY BLAKE HERNANDEZ
101 WEST CITY RD. 77
MIDLAND, TX 79707

inso address